## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CROWN BAY MARINA, L.P., ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-00073 |
| ) | |
| v. ) | |
| ) | |
| REEF TRANSPORTATION, LLC, and ) | |
| MORNING STAR – VICL a 25' Water Taxi ) | |
| and her tackle, gear, apparel and appurtenances ) | |
| *in rem*, and EVENING STAR – VICL, a 25' ) | |
| Water Taxi and her tackle, gear, apparel and ) | |
| Appurtenances, *in rem* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Crown Bay Marina, L.P. and Defendant Reef Transportation, LLC, through their undersigned counsel, hereby stipulate that Defendant may have until October 26, 2018 to answer or otherwise respond to the Complaint.

                                                                         Respectfully submitted,

                                                                         **A.J. WEISS & ASSOCIATES**

DATED:  September 27, 2018        By: /s/A. Jeffrey Weiss_____
                                                           A.Jeffrey Weiss, Esq.
                                                           6934 Vessup Lane
                                                           St. Thomas, VI 00802
                                                           Telephone: (340) 777-3011
                                                           Facsimile:  (340) 777-3019
                                                           Email: jeffweiss@weisslaw-vi.net

                                                           Attorneys for Plaintiff

Crown Bay Marina, L.P. v. Reef Transportation, LLC, et al.
Case No. 3:18-cv-00073
Page 2

                              **DUDLEY, TOPPER and FEUERZEIG, LLP**

DATED:  September 27, 2018      By: s/ Gregory H. Hodges
                                              Gregory H. Hodges (V.I. Bar No. 174)
                                              1000 Frederiksberg Gade
                                              P.O. Box 756
                                              St. Thomas, USVI  00804
                                              Telephone:  (340) 715-4405
                                              Telefax:      (340) 715-4400
                                              E-Mail: ghodges@dtflaw.com

                                              Attorneys for Reef Transportation, LLC