**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| CROWN BAY MARINA, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REEF TRANSPORTATION, LLC, and ) <br> MORNING STAR – VICL a 25' Water Taxi ) <br> and her tackle, gear, apparel and appurtenances ) <br> *in rem*, and EVENING STAR – VICL, a 25' ) <br> Water Taxi and her tackle, gear, apparel and ) <br> Appurtenances, *in rem*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:18-cv-00073-CVG-RM |

**NOTICE OF SERVICE OF DEFENDANT REEF TRANSPORTATION, LLC' S FIRST SUPPLEMENTAL RULE 26(a)(1)(A)DISCLOSURES**

Defendant Reef Transportation, LLC, through its undersigned counsel, hereby provides notice that on the 23rd day of April, 2019, it served its first supplemental disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure via email.

Documents designated KNOPF 001 - 217 were produced with such disclosures.

              Respectfully submitted,

              **DUDLEY NEWMAN FEUERZEIG LLP**

**DATED**: April 23, 2019   By:  s/ Gregory H. Hodges
                Gregory H. Hodges (V.I. Bar No. 174)
                P.O. Box 756
                St. Thomas, USVI  00804
                Telephone:  (340) 774-4422
                Telefax:   (340) 715-4400
                E-Mail: ghodges@dnfvi.com

**Notice of Service of Defendant's First Supplemental Rule 26(a)(1)(A) Disclosures**
*Crown Bay Marina, L.P. v. Reef Transportation*
**Civil No.** *3:18-cv-00073*
**Page 2**

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on the 23rd day of April, 2019, a true and exact copy of the foregoing **Notice of Service of Reef Transportation, LLC's First Supplemental Rule 26(a)(1)(A) Disclosures** was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to:

> A.J. Weiss, Esq.
> A.J. Weiss & Associates
> 6934 Vessup Lane
> St. Thomas, VI 00802
> Email: jeffweiss@weisslaw-vi.net

        s/ Gregory H. Hodges